STATE v. McNEILL

No. 105A02

Case below: 148 N.C. App. 407

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 4 April 2002.

STATE v. MOSELEY

No. 385A92-4

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the orders of the Superior Court, Forsyth County, denied 4 April 2002.

STATE v. PARKER

No. 594P01

Case below: 138 N.C. App. 555

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 4 April 2002.

STATE v. SAMS

No. 60P02

Case below: 148 N.C. App. 141

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 April 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.

STATE v. SPENCER

No. 683A01

Case below: 147 N.C. App. 314

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 April 2002.